In the Matter of the Accounting of CLARA KAUFMAN, as Administratrix of HYMAN KAUFMAN, Deceased.

RUTH K. GREENBERG, Appellant; CLARA KAUFMAN et al., Respondents.

(Argued June 13, 1933; decided July 11, 1933.)

*Charles S. Rosenschein* and *Robert Moers* for appellant.
*James H. Barrett, R. Elliott Davis* and *Henry R. Barrett* for Clara Kaufman, as administratrix, respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.